# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00286-CR

**Debra Lynn Dove, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-DC-08-206013, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On March 6, 2009, appellant Debra Lynn Dove pled guilty to possession of cocaine in exchange for a ten-year sentence, probated for six years. The trial court signed its judgment finding her guilty of possession and placing her on community supervision on March 10, 2009, and appellant filed her notice of appeal on May 11, 2009. The trial court has certified that appellant has no right of appeal in this plea-bargain case, *see* Tex. R. App. P. 25.2(d), and appellant's notice of appeal was untimely filed, *see* Tex. R. App. P. 26.2(a)(1). We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   July 24, 2009

Do Not Publish